UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD KEITH LATHAM                                                              PLAINTIFF

v.                                      Civil No. 4:14-cv-04160-SOH

SOUTHERN HEALTH PARTNERS, INC.; and
MILLER COUNTY SHERIFF'S DEPARTMENT                               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 16, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27).  Judge Bryant recommends that the Motions to Dismiss filed by the Miller County Sheriff Department and Southern Health Partners be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  The Court adopts the Report and Recommendation *in toto*.  Accordingly, the Motion to Dismiss filed by Defendant Miller County Sheriff's Department (ECF No. 20) and the Motion to Dismiss filed by Defendant Souther Health Partners, Inc.  (ECF No. 17) are **GRANTED**.  Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED** this 7th day of March, 2016.

/s/   Susan O. Hickey
Susan O. Hickey
United States District Judge

1