IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD KEITH LATHAM                                                                    PLAINTIFF

V.                                    CASE NO. 4:14-CV-04160

SOUTHERN HEALTH PARTNERS, INC.; and
MILLER COUNTY SHERIFF'S DEPARTMENT                                        DEFENDANTS

## **ORDER**

Before the Court is a letter from Plaintiff which was received on October 24, 2016. ECF No. 30. Plaintiff's letter was inadvertently filed as a Motion to Reopen Case. In the letter, Plaintiff requests information regarding appellate rights and the reasons for dismissal of his case. Plaintiff was provided information regarding appellate procedures on March 7, 2016. The Clerk of Court is hereby directed to remove the Motion to Reopen Case from the Court's docket and mail Plaintiff copies of the Report and Recommendation of the Honorable Barry A. Bryant and the Order adopting Judge Bryant's Report and Recommendation. ECF Nos. 27, 29.

**IT IS SO ORDERED**, on this 11th day of January, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge